# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK
### CENTRAL ISLIP COURTHOUSE

| | |
|---|---|
| MATTHEW ACTON, individually, and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELLECTUAL CAPITAL MANAGEMENT, INC. D/B/A SMS MASTERMINDS and SPENDSMART NETWORKS, INC.,<br><br>Defendants. | Case No 2:15-cv-04004-JS-ARL<br><br>Honorable Joanna Seybert<br><br>**NOTICE OF DECISION IN *CAMPBELL-EWALD CO. V. GOMEZ*** |

Pursuant to the Court's December 28, 2015 Memorandum and Order (Dkt. No. 28, at *8), the undersigned counsel hereby notifies the Court that the United States Supreme Court issued its decision in *Tyson Foods, Inc. v. Bouphakeo*, No. 14-1146. A true and correct copy of the decision is attached hereto as **Exhibit A**.

Dated: April 8, 2016

BLANK ROME LLP

By: /s/ Harrison Brown
Harrison Brown (Admitted *pro hac vice*)
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Tel: 424.239.3400
Fax: 424.239.3434
Email: HBrown@BlankRome.com

Rither Alabre
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: 212.885.5000
Fax: 212.885.5001
Email: RAlabre@BlankRome.com

*Attorneys for Defendants Intellectual Capital Management, Inc., d/b/a SMS Masterminds and Spendsmart Networks*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system on this 8th day of April, 2016, on all counsel or parties of record, as listed below.

        By:   /s/ Harrison Brown
              BLANK ROME LLP
              Harrison Brown (Admitted *pro hac vice*)
              2029 Century Park East, 6th Floor
              Los Angeles, CA 90067
              Tel:   424.239.3400
              Fax:  424.239.3434
              Email:  HBrown@BlankRome.com

Erik H. Langeland
Erik H. Langeland, P.C.
733 3rd Avenue, 15th Floor
New York, NY 10017
Tel:   212.354.6270
Fax:  212.898.9086
Email: elangeland@langelandlaw.com