UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP COURTHOUSE

| | |
|---|---|
| MATTHEW ACTON, individually, and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>INTELLECTUAL CAPITAL MANAGEMENT, INC. D/B/A SMS MASTERMINDS and SPENDSMART NETWORKS, INC.,<br><br>Defendants. | Case No 2:15-cv-04004-JS-ARL<br><br>Honorable Joanna Seybert<br><br>**NOTICE OF DECISION IN *SPOKEO, INC. V. ROBINS*** |

Pursuant to the Court's December 28, 2015 Memorandum and Order (Dkt. No. 28, at *8), the undersigned counsel hereby notifies the Court that the United States Supreme Court issued its decision in *Spokeo, Inc. v. Robins*, No. 13-1339. A true and correct copy of the decision is attached hereto as **Exhibit A**.

Dated: May 20, 2016

BLANK ROME LLP

By: /s/ Harrison Brown
Harrison Brown (Admitted *pro hac vice*)
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Tel:   424.239.3400
Fax:   424.239.3434
Email: HBrown@BlankRome.com

Rither Alabre
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel:   212.885.5000
Fax:   212.885.5001
Email: RAlabre@BlankRome.com

*Attorneys for Defendants Intellectual Capital Management, Inc., d/b/a SMS Masterminds and Spendsmart Networks*

143682.00601/102291373v.1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system on this 20th day of May, 2016, on all counsel or parties of record, as listed below.

By: /s/ Harrison Brown
BLANK ROME LLP
Harrison Brown (Admitted *pro hac vice*)
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Tel:   424.239.3400
Fax:   424.239.3434
Email: HBrown@BlankRome.com

Erik H. Langeland
Erik H. Langeland, P.C.
733 3rd Avenue, 15th Floor
New York, NY 10017
Tel:   212.354.6270
Fax:   212.898.9086
Email: elangeland@langelandlaw.com